IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 26-cv-00270-CYC

CHRISTIAN DANIEL DE LA CRUZ-VASQUEZ,

    Petitioner,

v.

PAMELA BONDI, U.S. Attorney General, in her official capacity;
ROBERT GUADIAN, U.S. Immigration & Customs Enforcement Field Office Director for the Colorado Field Office, in his official capacity;
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; and
JUAN BALTASAR, Warden of GEO Group Aurora Inc, in his official capacity;

    Respondents.

---

## ORDER TO SHOW CAUSE

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on Petitioner's Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, filed by Petitioner Christian Daniel De La Cruz-Vasquez ("Petitioner"). The Petitioner is currently detained at the GEO-ICE immigration detention facility in Aurora, Colorado, which is under the custody and control of the Respondents. *Id*. at 2, 7–8. He seeks a Court order instructing the Respondents to release him or provide a bond hearing under 8 U.S.C. § 1226(a), and legal fees and costs. *Id*. at 2, 14.

Upon review of the Petition, it is hereby ORDERED that, **on or before February 3, 2026**, the Petitioner shall serve the Respondents with the Petition, exhibits, and this Order to Show Cause. Within **48 hours** of serving the Respondents, the Petitioner shall file proof of service on the docket, and counsel for the Respondents shall promptly enter their notices of appearance.

It is further ORDERED that, **on or before February 20, 2026**, the Respondents shall

1

**SHOW CAUSE** why the Petition shall not be granted. *See, e.g., Florez Marin v. Baltazar*, No. 25-cv-03697-PAB, ECF No. 5 at 1 (Nov. 19, 2025); *Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025) (explaining that while § 2243 refers to a three day deadline, this requirement is "subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). It is further ORDERED that the Petitioner may file a reply **on or before February 27, 2026**.

It is further ORDERED that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, ECF No. 3, is **February 20, 2026**.

Entered and dated this 28th day of January, 2026, at Denver, Colorado.

BY THE COURT:

_____
Cyrus Y. Chung
United States Magistrate Judge